**No. 09-10948. Montgomery Blair Sibley, Petitioner v. Estate of Harper Sibley, Jr.**

562 U.S. 803, 131 S. Ct. 123, 178 L. Ed. 2d 5, 2010 U.S. LEXIS 7718.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the District Court of Florida, Third District, dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

Same case below, 36 So. 3d 108.

**No. 09-10973. Jerome Julius Brown, Petitioner v. Chevy Chase Bank, et al.**

562 U.S. 804, 131 S. Ct. 126, 178 L. Ed. 2d 5, 2010 U.S. LEXIS 7810.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit dismissed. See Rule 39.8.

Same case below, 373 Fed. Appx. 79.

**No. 09-11038. Kenneth E. Barbour, Petitioner v. Idohyus Standford.**

562 U.S. 804, 131 S. Ct. 134, 178 L. Ed. 2d 5, 2010 U.S. LEXIS 7823.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit dismissed. See Rule 39.8.

**No. 09-11223. Doudou B. Janneh, Petitioner v. Regal Entertainment Group.**

562 U.S. 804, 131 S. Ct. 162, 178 L. Ed. 2d 5, 2010 U.S. LEXIS 7664.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Second Circuit dismissed. See Rule 39.8.